Argued and submitted September 30, affirmed November 26, 2003

STATE OF OREGON,
*Respondent,*

*v.*

WAYNE SCOTT ROLFE,
*Appellant.*

01-3342CR; A118014 (Control)

STATE OF OREGON,
*Respondent,*

*v.*

WAYNE SCOTT ROLFE,
*Appellant.*

01CR-0341; A118148
(Cases Consolidated)

80 P3d 528

Louis R. Miles, Deputy Public Defender, argued the cause for appellant. With him on the brief was Peter A. Ozanne, Acting Executive Director, Office of Public Defense Services.

Doug M. Petrina, Assistant Attorney General, argued the cause and filed the brief for respondent. With him on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Edmonds, Presiding Judge, and Schuman, Judge, and Leeson, Judge pro tempore.

PER CURIAM

Affirmed. *State v. McCoin,* 190 Or App 532, 79 P3d 342 (2003).